## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Zachary Ross

                Plaintiff,

v.                                           Case No.: 1:07−cv−06871
                                        Honorable Elaine E. Bucklo

Anders Constrction

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

    MINUTE entry before Judge Elaine E. Bucklo: The court has received a complaint filed in this case. Plaintiff's counsel is notified that he must register as an e−filer and to make all additional filings by electronic filing. All dates set in this case will be done by electronic filing. Status hearing set for 2/5/2008 at 9:30 A.M. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.