# United States District Court
## Northern District of Illinois
### Eastern Division

Ross

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 07 C 6871

Anders Construction

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed for want of prosecution.

Michael W. Dobbins, Clerk of Court

Date: 2/5/2008

_____

/s/ Mathew P. John, Deputy Clerk